**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Howard B. CARVER, III, Defendant—
Appellant.**

**No. 04–50263.**

**D.C. No. CR–02–00443–JSL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Matthew E. Sloan, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Mark McBride, Woodland Hills, CA, for Defendant–Appellant.

Before REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM**

Howard B. Carver, III appeals his 87–month sentence. We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

